**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00756-KMT

THU NGOC LUONG, A058-679-176,

    Plaintiff,

v.

KRISTI BARROWS, District Director of Bureau of Citizenship and Immigration Services, and
THE BUREAU U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Orders (Doc. Nos. 43 and 39) of Magistrate Judge Kathleen M. Tafoya entered on March 22, 2018 and March 9, 2018 it is

    ORDERED that Defendants' Motion to Dismiss (Doc. No. 24) is GRANTED (without prejudice).  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Kristi Barrows and The Bureau U.S. Citizenship and Immigration Services and against Plaintiff Thu Ngoc Luong.  It is

    FURTHER ORDERED that this case shall be closed.

Dated at Denver, Colorado this 2nd day of August, 2018.

                                 FOR THE COURT:
                                 JEFFREY P. COLWELL, CLERK

                      By: s/ Kristina Senamontry
                                 Kristina Senamontry, Deputy Clerk